UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Avril L. Wilson, | ) | C/A: 3:18-1535-MGL-TER |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| University of South Carolina, | ) | |
| Harris Pastides, | ) | |
| Venis Manigo, | ) | |
| Defendants. | ) | |
| | ) | |

This is an action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. Plaintiff paid the filing fee. (ECF No. 1). On July 18, 2018, service of process was authorized by the court. (ECF No. 19). Plaintiff was instructed: "Because Plaintiff paid the full filing fee, Plaintiff is responsible for service of process under Rule 4." Also, "Plaintiff has 90 days from the date on which the summonses are issued to serve Defendants in compliance with Rule 4. Under Rule 4(m), unless a Defendant is served within 90 days after the summonses are issued as directed by this Order, that particular unserved Defendant may be dismissed without prejudice from this case." (ECF No. 19).

Within ten(10) days of the date of this order (with an additional three(3) days for mailing time), Plaintiff is ordered to provide the court with status of her case, including, but not limited to, filing proof of service if applicable.[1]

**IT IS SO ORDERED**.

s/ Thomas E. Rogers, III
January 16, 2019　　　　　　　　　　　　　　　Thomas E. Rogers, III
Florence, South Carolina　　　　　　　　　　　United States Magistrate Judge

---

[1] Time to execute service upon defendants under FRCP Rule 4 ran on October 16, 2018.